```
 1  HANSON BRIDGETT LLP
    PATRICK M. GLENN, SBN 141604
 2  pglenn@hansonbridgett.com
    ANGELA M. CLEMENTS, SBN 266349
 3  aclements@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone:    (415) 777-3200
 5  Facsimile:    (415) 541-9366

 6  Attorneys for Defendant
    NORTHERN CALIFORNIA PRESBYTERIAN
 7  HOMES & SERVICES

 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA D. ZHOU, | CASE NO. 3:15-cv-01676-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** (modified) |
| v. | |
| NORTHERN CALIFORNIA PRESBYTERIAN HOMES, AND SERVICES, | Action Filed:   April 13, 2015<br>Trial Date:      Not Set |
| Defendant. | |

Plaintiff DIANA D. ZHOU (Plaintiff) and Defendant NORTHERN CALIFORNIA PRESBYTERIAN HOMES & SERVICES (Defendant), by and through their counsel of record, hereby stipulate to continue the Initial Case Management Conference from Thursday, August 6, 2015 to Thursday, September 3, 2015 at 9:30 a.m., in Courtroom 5, 17th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.  The parties further stipulate that the Joint Case Management Conference Statement will be due one (1) week prior to the conference, on August 27.  Good cause exists for this continuance because Plaintiff has just obtained representation in this matter and Plaintiff's counsel has not had the opportunity to prepare for the scheduled Case Management Conference or conducted a Rule 26(f) conference with Defendant.

IT IS SO STIPULATED.

**SIGNATURES UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I, Angela M. Clements – the ECF User whose User ID and Password are used in the filing of this document – hereby attest that the concurrence to the filing of this document has been obtained from the other signatories to this document.

DATED:  July 28, 2015                                           Respectfully submitted,

By: ___*/s/ Albert L. Boasberg*___
ALBERT LOEB BOASBERG
Attorneys for Plaintiff
DIANA D. ZHOU

DATED:  July 28, 2015                                           Respectfully submitted,

HANSON BRIDGETT LLP

By: ___*/s/ Angela M. Clements*___
PATRICK M. GLENN
ANGELA M. CLEMENTS
Attorneys for Defendant
NORTHERN CALIFORNIA PRESBYTERIAN
HOMES & SERVICES

**ORDER**

The Initial Case Management Conference is continued from Thursday, August 6, 2015 to September 3, 2015 [Oct. 8] at 9:30 a.m., in Courtroom 5, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.  The Joint Case Management Conference Statement will be due one (1) week prior to the conference, on August 27, 2015 [Oct. 1].

IT IS SO ORDERED.

Dated:  7/28/15                              EDM. CHEN
                                                                            District Judge

IT IS SO ORDERED AS MODIFIED

11424358.1

-2-                                                        3:15-cv-01676-EMC

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE